No. 11–8814.  GEORGE *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 11–8816.  HAYES *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–8822.  GUEVARA *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 11–8833.  GILYARD *v.* CHANDLER, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 11–8840.  THOMAS *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 11–8842.  LIGGINS *v.* UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 11–8843.  MARTIN *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 11–8845.  MOYA-BRETON *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 11–8847.  AGUILAR-REYES *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–8852.  YARBROUGH *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 11–8855.  BARNER *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 11–8862.  SHERRILLS *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 11–8865.  DIAZ-RODRIGUEZ, AKA CUCO *v.* UNITED STATES. C. A. 1st Cir.  Certiorari denied.

No. 11–8870.  NEWSOME *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 11–8880.  PEREZ-LOPEZ *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 11–8881.  NEWSON *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.